◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

Conair Corporation, a Delaware Corporation; and DOES 1 – 100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CV 1256 H LSP

08 JUL 11 PM 4:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**TO:** (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
858-362-3150

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                 JUL 11 2008

CLERK                                                  DATE



(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>July 14, 2008 (by certified mail) - eff date of service July 24, 2008 |
| NAME OF SERVER *(PRINT)*<br>Melody A. Kramer | TITLE<br>Atty for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Cert mail per to Fed.R.Civ.P. Rule 4, Calif Code of Civil Proc sec. 415.40, making eff date of svc July 24, 2008

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  6.58 | TOTAL  $6.58 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/25/08
                  Date          Signature of Server
                                Melody A. Kramer

9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com