J. Christopher Jaczko (149317)
Allison H. Goddard (211098)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, California 92121
Phone: (858) 550-6150
Fax: (858) 225-3500

Dean D. Niro *(Pro Hac Vice)*
Robert A. Conley *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

Attorneys for CONAIR CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION, a Delaware Corporation; and DOES 1-100,<br><br>Defendants. | Case No. 08cv1256 BTM (CAB)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| CONAIR CORPORATION,<br><br>Counter-Plaintiff,<br><br>v.<br><br>JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARH AND DEVELOPMENT TRUST,<br><br>Counter-Defendant. | |

Case No. 08cv1256 BTM (CAB)

1 | Pursuant to Civil Local Rule 40.2, defendant Conair Corporation hereby gives notice
2 | that it does not have a parent corporation, and that no publicly held company owns ten percent
3 | or more of its stock.

Dated: August 13, 2008

JACZKO GODDARD LLP

NIRO SCAVONE HALLER & NIRO

By: /s/ Allison H. Goddard
Allison H. Goddard
Attorneys for Defendant and Counter-Plaintiff
CONAIR CORPORATION

**PROOF OF SERVICE**

I hereby certify that on August 13, 2008, I caused the foregoing **NOTICE OF PARTY WITH FINANCIAL INTEREST** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

> J. Michael Kaler (158296)
> KALER LAW OFFICES
> 9930 Mesa Rim Road, Suite 200
> San Diego, California 92121
> Phone: (858) 362-3151
> Fax: (858) 824-9073
> michael@kalerlaw.com
>
> Melody A. Kramer (169984)
> KRAMER LAW OFFICE
> 9930 Mesa Rim Road, Suite 1600
> San Diego, California 92121
> Phone: (858) 362-3150
> Fax: (858) 824-9073
> mak@kramerlawip.com
>
> *Attorneys for Plaintiff*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Allison H. Goddard
Attorney for Conair Corporation