MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　Plaintiff<br>　v.<br><br>CONAIR CORPORATION, a Delaware Corporation; and DOES 1 – 100,<br><br>　　　　　Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08cv1256 BTM CAB<br><br>**PLAINTIFF'S REPLY TO COUNTERCLAIMS** |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby respectfully replies to the specific numbered paragraphs identified of the Counterclaims of Defendant/Counterclaimant Conair Corporation ("CONAIR") set forth in Docket #13[1] as follows:

## COUNTERCLAIMS

1. Upon current information and belief, admit.
2. Admit.

## JURISDICTION AND VENUE

3. Admit.
4. Admit proper venue and personal jurisdiction of this Court over SRDT, otherwise deny.

## COUNT I

5. Plaintiff SRDT incorporates by reference the responses to paragraphs 1 through 4 as though fully set forth herein.
6. Deny.
7. Deny.
8. This claim is not a factual assertion, therefore it can not be admitted or denied. However, SRDT denies Lexar's entitlement to requested declarations.

## COUNT II

9. Plaintiff SRDT incorporates by reference the responses to paragraphs 1 through 8 as though fully set forth herein.
10. Deny.

---

[1] Counterclaims were filed earlier at Docket #10, but appear to have been superceded by Docket #13, and thus only the allegations of Docket #10's Counterclaim are being answered.

11. This claim is not a factual assertion, therefore it can not be admitted or denied. However, SRDT denies Lexar's entitlement to requested declarations.

### **PRAYER FOR RELIEF**

**WHEREFORE,** SRDT prays that judgment on CONAIR be entered as follows:

    a. For judgment in favor of SRDT and against CONAIR on all requested relief;

    b. That this case be decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

    c. For costs of suit herein incurred;

    d. For such other and further relief as the Court may deem just and proper.

DATED this Tuesday, September 02, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer
_____
Melody A. Kramer, Esq.
J. Michael Kaler
Attorney for Plaintiff

**PROOF OF SERVICE**

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, September 02, 2008, I served the following documents:

### PLAINTIFF'S REPLY TO COUNTERCLAIMS

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Allison H. Goddard<br>Jaczko Goddard LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>agoddard@jaczkogoddard.com | Defendant Conair Corporation | Email--Pleadings Filed with the Court |
| Dean D. Niro<br>Robert A. Conley<br>Niro, Scavone, Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, Illinois, 60602<br>rconley@nshn.com<br>dniro@nshn.com | Defendant Conair Corporation | Email--Pleadings Filed with the Court |

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, September 02, 2008, in San Diego, California.

/s/ Melody A. Kramer
Melody A. Kramer

Case No.08cv1256 BTM CAB

4.